**E-FILED on**   3/31/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>LINOTEXT AMERICA, INC. and CHARLES RODERICK HUME,<br><br>        Defendants. | No. C-03-01255 RMW<br><br>ORDER TO SHOW CAUSE |

On September 24, 2003, the court denied without prejudice plaintiff General Electric Capital Corporation's motion for entry of default judgment against defendant Charles Roderick Hume. Nothing has happened in this case since. Plaintiff is ordered to show cause within twenty days why this case should not be dismissed for failure to prosecute.

DATED:     3/31/06                                             /s/ Ronald M. Whyte
                                                               RONALD M. WHYTE
                                                               United States District Judge

ORDER TO SHOW CAUSE—No. C-03-01255 RMW
JAH

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Michael Adam Sweet      msweet@winston.com
Alexander Terras
Hill Blackett, III
Timothy Harris

**Counsel for Defendants:**
Javed I. Ellahie      javed@ellahie.net

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   3/31/06           /s/ JH
                                      **Chambers of Judge Whyte**