IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>LINOTEXT AMERICA, INC., et al.<br><br>        Defendant. | ***E-FILED - 4/7/06***<br><br>CASE NO.: C-03-01255-RMW<br><br>ORDER CLOSING CASE |

   The above-captioned case is conditionally closed. The Clerk of the Court is directed to close the file. The closing of this case is for administrative purposes only. The case remains under the Court's jurisdiction for all purposes. This conditional closing has no impact on any statutes of limitations.

IT IS HEREBY ORDERED.


DATED: <u>March 31, 2006</u>

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

1
2
3  Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28